IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID A. OLVERA,                                    1:11-cv-00791-SKO (PC)

      Plaintiff,                                   ORDER TO SUBMIT APPLICATION
                                    TO PROCEED IN FORMA PAUPERIS
      vs.                                         OR PAY FILING FEE WITHIN 45 DAYS

DIRECTOR OF CDCR, et al.,

      Defendants.
                                      /

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 16, 2011.  Plaintiff did not pay the $350.00 filing fee or file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

      Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause, and failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:**   **May 19, 2011**                      /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

-1-