# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. OLVERA,<br><br>        Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CDCR, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-00791-LJO-SKO PC<br><br>ORDER VACATING ORDER DIRECTING CDCR TO COLLECT PAYMENT OF FILING FEE FROM PLAINTIFF'S TRUST ACCOUNT DUE TO RECEIPT OF FILING FEE IN FULL<br><br>(Doc. 10) |

On July 14, 2011, the Court issued an order (1) granting Plaintiff's motion to proceed in forma pauperis and (2) directing the California Department of Corrections and Rehabilitation (CDCR) to collect the filing fee from Plaintiff's trust account until the $350.00 filing fee is paid in full. On the same day the order was filed, the Court received the $350.00 filing fee in full from Plaintiff.

Accordingly, in light of receipt of the filing fee in full, the order directing CDCR to collect the filing fee from Plaintiff's trust account (#V-87262), filed July 14, 2011, is HEREBY VACATED. The Clerk of the Court SHALL serve a copy of this order on the Director of CDCR via CM/ECF.

IT IS SO ORDERED.

**Dated:   July 15, 2011**            /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE